IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LAURA LYNN PATTERSON**                                                                                   **PLAINTIFF**

v.                                         Case No. 4:20-cv-01202-LPR

**DOES**                                                                                                  **DEFENDANTS**

## ORDER

The Court has received and reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney. (Doc. 14). No objections have been filed. After careful consideration and a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Plaintiff's Complaint against Defendants is DISMISSED without prejudice for failure to state a claim upon which relief may be granted.

2. Dismissal of this action constitutes a "strike" within the meaning of the Prison Litigation Reform Act (PLRA), 28 U.S.C. § 1915(g).

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from the Order and Judgment adopting these recommendations would not be taken in good faith.

DATED this 28th day of January 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE