IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LAURA LYNN PATTERSON**                                                               **PLAINTIFF**

v.                                  Case No. 4:20-cv-01202-LPR

**DOES**                                                                         **DEFENDANTS**

## **JUDGMENT**

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that this case is DISMISSED without prejudice. The Court certifies that an *in forma pauperis* appeal from this Judgment and accompanying Order would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ADJUDGED this 28th day of January 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE